MIRANDA DU (#5288)
MEGAN STARICH (#11284)
McDONALD CARANO WILSON LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670
(775) 788-2000
mdu@mcdonaldcarano.com
mstarich@mcdonaldcarano.com

Attorneys for Defendant UNION
PACIFIC RAILROAD COMPANY

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 17 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

MARTHA P. HOOTS, formerly known as MARTHA P. SIMS,

    Plaintiff,

vs.

D. EARL HARRIS, LAVERNE HARRIS, L. DALE HARRIS, ESTHER HARRIS, LILLIAN HARRIS BLAMIRES, MORRIS BLAMIRES, LUCILE HARRIS TRANE, KEITH TRANE, THELMA HARRIS WEAVER, REX WEAVER, HELEN HARRIS DILLMAN, MILES DILLMAN, LORRAINE C. HARRIS, RETA S. McGONIGLE, DONALD McGONIGLE, VERA S. HOLMES, WENDELL B. HOLMES, GOLDEN C. SILL, GENEVIEVE SILL, ELDON E. SILL & MARIE M. SILL TRUSTEES SILL FAMILY TRUST dtd 6/26/1992, UNION PACIFIC RAILROAD COMPANY successor in interest to the SOUTHERN PACIFIC COMPANY, all other unknown persons, partnerships, corporations or other entities claiming any right, title, estate, lien or an interest in the real property described in the Complaint adverse to Plaintiff's ownership or any cloud upon Plaintiff's title as set forth herein to; and DOES 1-10,

    Defendants.

Case No. 3:11-CV-0109-ECR-VPC

**MOTION TO TERMINATE ELECTRONIC SERVICING**

    The law firm of McDonald Carano Wilson LLP ("MCW") appeared in the above-captioned case as counsel for defendant UNION PACIFIC RAILROAD COMPANY successor in interest to the SOUTHERN PACIFIC COMPANY (hereinafter "UP"). On

1  September 22, 2011, the Stipulation for Dismissal between UP and Plaintiff was granted
2  (Document #13). MCW has completed its work for UP and requests that Miranda Du
3  (mdu@mcdonaldcarano.com, kryd@mcdonaldcarano.com) and Megan Starich
4  (mstarich@mcdonaldcarano.com, kryd@mcdonaldcarano.com) be removed from the
5  electronic service list.

    Dated this 10th day of October 2011.

                          McDONALD CARANO WILSON LLP

                          By:   **/s/ Megan Starich**
                                MIRANDA DU
                                MEGAN STARICH
                                100 West Liberty Street, 10th Floor
                                P.O. Box 2670
                                Reno, NV 89505-2670

                          Attorneys for Defendant UNION
                          PACIFIC RAILROAD COMPANY

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: October 14, 2011

2

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano Wilson <sup>LLP</sup> and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of the **MOTION TO TERMINATE ELECTRONIC SERVICING** with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorneys of record indicated on the generated Notice of Electronic Filing.

DATED: October 10, 2011.

*/s/ Kathleen E. Ryd*
Kathleen E. Ryd