**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

MARTHA P. HOOTS formerly known as MARTHA P. SIMS,

    Plaintiff,

vs.

D. EARL HARRIS, LaVERNE HARRIS, et. al.,

    Defendants.

3:11-cv-00109-ECR-VPC

**Order**

Plaintiff filed this action to quiet title after Defendant Union Pacific Railroad recorded a deed placing an exception to property in Elko County. On September 22, 2011, the Court approved a stipulation between Plaintiff and Defendant Union Pacific Railroad Company to dismiss the action against Defendant Union Pacific Railroad Company.

Plaintiff's complaint also alleges that defendants D. Earl Harris, Laverne Harris, L. Dale Harris, Esther Harris, Lillian Harris Blamires, Morris Blamires, Lucile Harris Trane, Keith Trane, Thelma Harris Weaver, Rex Weaver, Helen Harris Dillman, Miles Dillman, Lorraine C. Harris, Reta S. McGonigle, Donald McGonigle, Vera S. Holmes, Wendell B. Holmes, Golden C. Sill, Genevieve Sill, Eldon E. Sill & Marie M. Sill as Trustees of the Sill Family Trust dated 6/25/1992 (the "Remaining Defendants") may claim some right, title, estate or interest in and to the property rights adverse to the

Plaintiff without any right or foundation whatsoever.  On September 29, 2011, counsel for Vera S. Holmes, Wendell B. Holmes, Golden C. Sill, Genevieve Sill, Eldon E. Sill, Marie M. Sill as Trustees of the Sill Family Trust dated June 25, 1992 filed a Notice of Appearance (#15).

On January 25, 2012, Plaintiff filed a Motion for Summary Judgment (#28).  Plaintiff provides evidence that there are no documents in the chain of title to Section 17, Township 38 North, Range 60 East, M.D.B.&M. Elko County, Nevada filed in the official records of the Elko County Recorder showing that the Remaining Defendants have an interest in that property.  No response has been timely filed to the Motion (#28). Specifically, Plaintiff's evidence shows that while the Remaining Defendants claim interest in the property through deeds conveying the property to the Remaining Defendants, no documents recorded in the official records of the Elko County Recorder's office could be found to establish that at the time the deeds were recorded, the named grantors had any right, title or interest to convey that property to the Remaining Defendants. Annette Scates, a title officer for Stewart Title Guarantee company prepared a Chain of Title Guarantee based on personal knowledge supporting Plaintiff's claims.

**IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment (#28) is **GRANTED**.  There is no genuine issue of material fact that Defendants D. Earl Harris, Laverne Harris, L. Dale Harris, Esther Harris, Lillian Harris Blamires, Morris Blamires, Lucile Harris Trane, Keith Trane, Thelma Harris Weaver, Rex Weaver, Helen Harris Dillman, Miles Dillman, Lorraine C. Harris, Reta S.

2

McGonigle, Donald McGonigle, Vera S. Holmes, Wendell B. Holmes, Golden C. Sill, Genevieve Sill, Eldon E. Sill & Marie M. Sill Trustees Sill Family Trust dated 6/25/1992 acquired any interest in Section 17, Township 38 North, Range 60 East M.D.B.&M. and those Defendants shall be forever enjoined and barred from asserting any claim whatsoever against that property.  No other defendants remain in the case.

   The Clerk shall enter judgment accordingly.

DATED: June 5, 2012.

_____
UNITED STATES DISTRICT JUDGE