Aaron M. Waite, Esq.
Nevada State Bar No. 7947
THE COOPER CASTLE LAW FIRM, LLP
A Multi-Jurisdictional Law Firm
5275 S. Durango Drive
Las Vegas, Nevada  89113
(702) 435-4175 Telephone
(702) 877-7424 Facsimile
E-Mail: awaite@ccfirm.com
*Attorneys for Vera S. Holmes,*
*Wendell B. Holmes, Golden C. Sill,*
*Genevieve Sill, Eldon E. Sill, Marie*
*M. Sill as Trustees of the Sill Family Trust*
*Dated June 25, 1992*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA P. HOOTS formerly known as MARTHA P. SIMS,<br><br>Plaintiff,<br>vs.<br><br>D. EARL HARRIS, LaVERNE HARRIS, et al.,<br><br>Defendants. | Case No: 3:11-cv-00109-ECR-VPC<br><br>**ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR VERA S. HOLMES, WENDELL B. HOLMES, GOLDEN C. SILL, GENEVIEVE SILL, ELDON E. SILL, MARIE M. SILL AS TRUSTESS OF THE SILL FAMILY TRUST DATED JUNE 25, 1992** |

The Cooper Castle Law Firm, LLP'S ('CCFIRM') Motion to Withdraw as Counsel for Defendants Vera S. Holmes, Wendell B. Holmes, Golden C. Sill, Genevieve Sill, Eldon E. Sill, Marie M. Sill as Trustees of the Sill Family Trust Dated June 25, 1992 (hereinafter "Defendants") came before this Court for review and ruling.  The Court finds as follows:

     1.     CCFIRM and its Attorney Aaron M. Waite should be allowed to withdraw as counsel for the defendants.

     2.     CCFIRM's withdrawal will not cause undue delay, as Judgment has been entered.

NOW, THEREFORE, IT IS ORDERED AND ADJUDGED that CCFIRM and its Attorney Aaron M. Waite is hereby granted leave to withdraw as counsel of record for the defendants.

IT IS FURTHER ORDERED that all further notices to Vera S. Holmes, Wendell B. Holmes, Golden C. Sill, Genevieve Sill, Eldon E. Sill, Marie M. Sill as trustees of the Sill Family Trust dated June 25, 1992 should be sent to their Attorney L. Miles LeBaron whose address is:

LeBaron & Jensen, PC
476 W. Heritage Park Blvd., Ste 104
Layton, UT  84041

DATED this 19 day of September 2012.

By _____Edward C. Reed_____
JUDGE OF THE U.S. DISTRICT COURT